IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANNON HOYT Individually, and as the Wife of William D. Hoyt, Deceased; and as the NEXT FRIEND of ANDREW D. HOYT and KYLE JOSEPH HOYT, Minor Children of William D. Hoyt, Deceased,<br><br>    Plaintiffs,<br><br>B&W CARTAGE COMPANY, INC.,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.05-331-WDS<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is defendant's Motion to Strike. **(Doc. 7).**

Plaintiffs have filed a Amended Complaint, which renders the motion moot.

Defendant's Motion is Strike **(Doc. 7)** is **DENIED as moot**.

**IT IS SO ORDERED.**

**DATE:  March 9, 2006.**

                                        s/ Clifford J. Proud
                                        **CLIFFORD J. PROUD**
                                        **UNITED STATES MAGISTRATE JUDGE**